# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVER PARK HOSPITALITY, INC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-00102-SAB<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date: August 11, 2020**<br>**Time: 9:30 a.m.** |

　　　A settlement conference in this matter is currently scheduled on August 11, 2020, at 9:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom.[1] Counsel for the parties shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information.

IT IS SO ORDERED.

　　Dated:　**July 27, 2020**　　　　　　　　　/s/ Barbara A. McAuliffe　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Unless otherwise permitted in advance by the Court, the attorneys who will try the case along with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, shall appear at the conference.

1