# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVER PARK HOSPITALITY, INC.,<br><br>    Defendant. | Case No. 1:20-cv-00102-SAB<br><br>ORDER DISREGARDING DECLARATION OF COUNSEL<br><br>(ECF No. 20) |

On August 3, 2020, Plaintiff filed a declaration regarding Defendant's refusal to meet and confer pursuant to Local Rule 251(d) to resolve a disagreement over discovery responses. (ECF No. 20.) However, Plaintiff must file a motion for discovery relief pursuant to Local Rule 251(a) and notice the motion for hearing. Plaintiff may file an affidavit pursuant to Local Rule 251(d) if the opposing party fails to meet and confer or fails to participate in drafting the Joint Statement re Discovery Disagreement. See L.R. 251(a) ("The hearing may be dropped from the calendar without prejudice if the Joint Statement re Discovery Disagreement or an affidavit as set forth below is not filed at least seven (7) days before the scheduled hearing date."); L.R. 251(d) ("If counsel for the moving party is unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in arranging the required conference, or in preparing and executing the required joint statement, counsel for the moving party may file and serve an affidavit so stating."). For these reasons, Plaintiff's declaration shall be disregarded at this time.

The parties are encouraged to meet and confer in good faith regarding any discovery

dispute. The parties are further encouraged to consider the undersigned's informal discovery dispute process, which allows for an informal telephonic conference by agreement of all parties to resolve discovery disputes without the need for formal motion work. The parties are directed to the Court' s website at www.caed.uscourts.gov under Judges; Boone (SAB); Discovery Dispute Procedures (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures.

Accordingly, Plaintiff's declaration filed on August 3, 2020 (ECF No. 20) is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:    **August 4, 2020**

UNITED STATES MAGISTRATE JUDGE