# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVER PARK HOSPITALITY, INC.,<br><br>    Defendant. | Case No.  1:20-cv-00102-SAB<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 27) |

On August 19, 2020, the parties attended a settlement conference in this action before Magistrate Judge Barbara A. McAuliffe, at which the parties reached a settlement agreement. (ECF No. 27.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 20, 2020**

UNITED STATES MAGISTRATE JUDGE

1