1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BROOKE, | Case No. 1:20-cv-00102-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO EITHER FILE DISPOSITIONAL DOCUMENTS OR |
| v. | SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR |
| RIVER PARK HOSPITALITY, INC., | FAILURE TO COMPLY WITH A COURT ORDER FOLLOWING SETTLEMENT OF |
| Defendant. | THE ACTION |
| | (ECF No. 28) |
| | FIVE DAY DEADLINE |

Theresa Brooke ("Plaintiff") filed this action pursuant to the Americans With Disabilities Act against River Park Hospitality, Inc. ("Defendant"). The parties participated in a settlement conference on August 19, 2020, in which they reached settlement of this action. On August 20, 2020, an order was filed requiring the parties to file dispositive documents within thirty days. More than thirty days have passed and the parties have not filed dispositive documents or otherwise responded to the August 20, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, the parties shall either 1) file dispositional documents; or 2) SHOW CAUSE in writing why this action should not be dismissed for their failure to comply with the Court's order as the matter has settled.

IT IS SO ORDERED.

Dated:   **September 23, 2020**

UNITED STATES MAGISTRATE JUDGE